UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. |
| v. | ) ) ) | **COMPLAINT** |
| MINNESOTA DEPARTMENT OF HUMAN SERVICES, | ) ) ) | |
| Defendant. | ) ) ) | |
| _____ | ) | |

NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act ("ADEA") to

correct unlawful employment practices on the basis of age, and to provide appropriate

relief to Sharon Edwards and other similarly situated individuals ("class members").  The

U.S. Equal Employment Opportunity Commission ("Commission") alleges that from

September 2004 through December 2010, the Minnesota Department of Human Services

("DHS") discriminated against the class members by denying them early retirement

incentive benefits because of their age.

JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331,

1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 7(b) of

the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the

"ADEA"), which incorporates by reference Sections 16(c) and 17 of the Fair Labor

Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217.

2.      The employment practices alleged to be unlawful were committed within

the jurisdiction of the United States District Court for the District of Minnesota.

3.      More than 30 days prior to the institution of this lawsuit, Sharon Edwards

filed a charge with the EEOC alleging violations of the ADEA by the Minnesota

Department of Human Services.  All conditions precedent to the institution of this lawsuit

have been fulfilled.

PARTIES

4.      Plaintiff, the Commission, is an agency of the United States of America

charged with the administration, interpretation and enforcement of the ADEA and is

expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. §

626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781,

and by Public Law 98-532 (1984), 98 Stat. 2705.

5.      The Minnesota Department of Human Services is an agency of the State of

Minnesota, operating facilities and service locations around the State of Minnesota.

6.      At all relevant times, the Minnesota Department of Human Services has

continuously been an employer, a political subdivision of a State, within the meaning of

Section 11(b) of the ADEA, 29 U.S.C. § 630(b).

CLAIMS

7.      From at least September 4, 2004, Defendant Minnesota Department of

Human Services maintained collective bargaining agreements, entered into by the State

2

of Minnesota and the American Federation of State, County, and Municipal Employees

Unit 208, Minnesota Association of Professional Employees, Middle Management

Association, American Federation of State, County, and Municipal Employees, Council

No. 5, AFL-CIO, and Minnesota Nurses Association.

8.      The collective bargaining agreements contained provisions that denied

early retirement incentive payments to certain employees because of their age in violation

of Section 4(a) of the ADEA, 29 U.S.C. § 623(a).

9.      On information and belief, the Minnesota Department of Human Services

ended the age-exclusion in the collective bargaining agreements on or about December 7,

2011.

10.     Sharon Edwards was an employee for the Department of Human Services,

and did not get the early retirement incentive benefit when she retired because of her age.

11.     Other employees of the Minnesota Department of Human Services retired

between September 4, 2004 and December 7, 2010 and were denied the early retirement

incentive benefit because of their age.

12.     The early retirement incentive plans contained in the agreements violate the

ADEA.  They are facially discriminatory.

13.     By Order dated April 8, 2010, the Honorable Paul A. Magnuson held in

*EEOC v. Minnesota Department of Corrections*, Civil Case No. 08-CV-05252

(PAM/FLN) that the provisions imposing age-caps in the early retirement incentive plans

violated the ADEA.

14.     The effect of the practices complained of above has been to deprive Sharon Edwards and all employees who retired between September 4, 2004 and December 7, 2011, and who would have been qualified to receive the early retirement incentive benefit but for their age, of equal employment opportunities and otherwise adversely affect their status as an employee, because of their age.

WHEREFORE, the Commission respectfully requests that this Court:

A.     Grant the EEOC the same relief here as the District Court granted in *EEOC v. Minnesota Department of Corrections*, Civil Case No. 08-CV-05252 (PAM/FLN).

B.     Order Defendant Minnesota Department of Human Services to pay backpay to all persons denied the early retirement insurance benefit between September 4, 2004 and the present.

C.     Order Defendant Minnesota Department of Human Services to restore the benefit to all persons who would be entitled to receive such benefit except for having been excluded from it based upon their age.

D.      Grant such further relief as the Court deems necessary and proper in the

public interest.

P. David Lopez
General Counsel

James L.Lee
Deputy General Counsel

Gwendolyn Young Reams
Associate General Counsel

Equal Employment Opportunity Commission
131 M Street , NE
5th Floor
Washington, D.C. 20507
(202) 663-4702

s/John C. Hendrickson

Dated:  March 18, 2011        _____

John C. Hendrickson
Regional Attorney

s/Jean P. Kamp

Dated:  March 18, 2011        _____

Jean P. Kamp
Associate Regional Attorney

Equal Employment Opportunity Commission
Chicago District Office
500 West Madison Street, Suite 2000
Chicago, IL 60661
(312) 353-7716

s/Laurie A. Vasichek

Dated:  March 18, 2011          _____

Laurie A. Vasichek
Minnesota Bar Number 0171438
Attorney for Plaintiff
Equal Employment Opportunity Commission
Minneapolis Area Office
330 Second Avenue South, Suite 720
Minneapolis, MN 55401
Telephone:  (612) 335-4061
Fax:  (612) 335-4044